UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JACOB FAY LUKE, SR. | CIVIL ACTION |
| VERSUS | NO. 19-11942 |
| SOCIAL SECURITY OFFICES | SECTION "T" (2) |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's Section 1983 claims are **DISMISSED WITH PREJUDICE** as malicious, legally frivolous and/or for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1).

New Orleans, Louisiana, this __8th__ day of ___November___, 2019.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE